■ CORPORATE PROPERTY INVESTORS et al., Respondents-Appellants, v BINY CLOTHING, INC., Appellant-Respondent.—Appeal and cross appeal from an order of the Supreme Court, Nassau County (Levitt, J.), dated January 12, 1988.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Levitt in the Supreme Court, Nassau County. Thompson, J. P., Lawrence, Rubin and Eiber, JJ., concur.